No. 1093. BEST MEDIUM PUBLISHING Co., INC. *v.* VARNISH. C. A. 2d Cir. Certiorari denied. MR. JUSTICE BLACK is of the opinion that certiorari should be granted. *Irwin M. Taylor* for petitioner. *Ernest Allen Cohen* for respondent.

No. 1095. ACUFF ET AL. *v.* UNITED PAPERMAKERS & PAPERWORKERS, AFL–CIO, ET AL. C. A. 5th Cir. Certiorari denied. MR. JUSTICE BLACK is of the opinion that certiorari should be granted. *Reber Boult, Jr., Charles Morgan, Jr., Melvin L. Wulf,* and *Eleanor Holmes Norton* for petitioners. *Warren Woods, Betty Southard Murphy, Benjamin Wyle,* and *Willis C. Darby, Jr.,* for United Papermakers & Paperworkers, AFL–CIO, et al., and *T. K. Jackson, Jr.,* for Scott Paper Co., Southern Division, respondents.

No. 1116. BUFALINO *v.* MICHIGAN BELL TELEPHONE Co. ET AL. C. A. 6th Cir. Certiorari denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. *William E. Bufalino,* petitioner, *pro se. Leslie W. Fleming* for respondents Michigan Bell Telephone Co. et al., and *John F. Hathaway* for respondents Bullock et al.

No. 627, Misc. LEMASTER *v.* TEXAS ET AL. Ct. Crim. App. Tex. Certiorari denied. *Crawford C. Martin,* Attorney General of Texas, *Nola White,* First Assistant Attorney General, and *Robert C. Flowers* and *Lonny F. Zwiener,* Assistant Attorneys General, for respondents.